NUMBER 13-02-375-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


VERONICA CARDENAS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________________


On appeal from County Court at Law No. 1 


of Hidalgo County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yañez


 Opinion Per Curiam



 Appellant, Veronica Cardenas, perfected an appeal from a judgment entered by
County Court at Law No. 1 of Hidalgo County, Texas, in cause number CR-196,721-A. Appellant has filed a motion to dismiss the appeal. The motion complies with Tex.
R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of July, 2002.